IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:04-00015 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BRADLEY PRESTON LANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, July 13, 2012 at 2:30 p.m.**

It is so **ORDERED**.

ENTERED this the ____ day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge