IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-00015 |
| ) | Chief Judge Haynes |
| BRADLEY PRESTON LANDERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A revocation hearing in this action was held on December 19, 2012. For the reasons stated in open court, the Defendant is committed to the custody of the Bureau of Prisons for eleven (11) months, and shall not be subject to supervised release upon his release.

It is so **ORDERED**.

ENTERED this the 21st day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court